IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MIZERAK, JR., et al., | No. CIV S-07-1187-LKK-CMK-P |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| HEIN, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

  Pending before the court is plaintiff John Mizerak's application for leave to proceed in forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a certified copy of his prison/jail trust account statement for the six-month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

/ / /

1

Also before the court is a letter from plaintiff, filed on July 2, 2007, requesting that the court disregard a first amended complaint filed on June 21, 2007. In light of this request, the first amended complaint will be stricken. This action proceeds on the original complaint filed on June 19, 2007.

Accordingly, IT IS HEREBY ORDERED that;

1. Plaintiff shall submit within 30 days of the date of this order, a certified copy of his prison trust account statement, or the appropriate filing fee; and

2. The first amended complaint filed on June 21, 2007, is stricken.

DATED: July 27, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE