1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN MIZERAK, JR., et al.,                 No. CIV S-07-1187-LKK-CMK-P

12              Plaintiffs,

13        vs.                                   ORDER

14   HEIN, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20              On September 27, 2007, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within 20 days.  No objections to the findings

23   and recommendations have been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed September 27, 2007, are adopted in full;

2.      This action is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3.      The Clerk of the Court is directed to enter judgment and close this file.

DATED: November 16, 2007.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT